UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                           )      BK No.:   18-03609
Gloria Santiago                  )
                                 )
                                 )      Chapter: 13
                                 )
                                 )      Judge Pamela S. Hollis
                                 )      Will
          Debtor(s)              )

**AGREED REPAY ORDER WITH PROVISION FOR STAY RELIEF UPON DEFAULT**

THIS CAUSE coming to be heard on the motion of CITIZENS BANK, N.A. F/K/A RBS CITIZENS N.A. (hereinafter, "Creditor"), for property located at 1939 Helen Drive, Romeoville, IL, the Court having jurisdiction over the subject matter:

IT IS HEREBY ORDERED:

1. The parties have agreed to repay the following post-petition default pursuant to the terms of this order:

   a. Mortgage Payment(s)   (06/28/18 - 06/28/18)   1 payment @ $492.09   =   $492.09
                            (07/28/18 - 07/28/18)   1 payment @ $476.97   =   $476.97
                            (08/28/18 - 08/28/18)   1 payment @ $497.56   =   $497.56
   b. Late Charges
   c. NSF Fees (if any)
   d. Bankruptcy Fees/Costs
   e. Other Amounts (if any)
                                                    SUB TOTAL   =   $1,466.62
   f. Less amount received (if any)
   g. Less amount in suspense (if any)                              (-$371.00)
      Total Amount to be Repaid through this order                  $1,095.62

2. That Creditor must receive the following payments by the corresponding dates:

   a. $500.00 to be paid on or before September 1, 2018;
   b. $99.27 plus the September 28, 2018 post-petition mortgage payment on or before October 28, 2018;
   c. $99.27 plus the October 28, 2018 post-petition mortgage payment on or before November 28, 2018;
   d. $99.27 plus the November 28, 2018 post-petition mortgage payment on or before December 28, 2018;
   e. $99.27 plus the December 28, 2018 post-petition mortgage payment on or before January 28, 2019;
   f. $99.27 plus the January 28, 2019 post-petition mortgage payment on or before February 28, 2019;
   g. $99.27 plus the February 28, 2019 post-petition mortgage payment on or before March 28, 2019;

3. That Creditor must receive the payments listed in Paragraph #2 on or before the corresponding date. If Creditor fails to receive any one scheduled payment, the repayment schedule is void and if the debtor fails to bring the loan post-petition current within fourteen (14) calendar days after mailing notification to the Debtor and her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

4. That upon completion of the repayment schedule of paragraph #2 or tender of funds to bring the loan post-petition current under paragraph #3, the Debtor must continue to make "timely" post-petition mortgage payments directly to Creditor continuing monthly thereafter for the pendency of the bankruptcy;

5. That a payment is considered "timely", if the full payment is received in the office of the Creditor on or before the 15th day of the month in which it is due and a late charge is due on all payments received after the 15th day of the month (this provision applies only to the triggering of this order and does not affect what constitutes currency of the loan post-petition);

6. That if Creditor fails to receive two "timely" post-petition monthly mortgage payments and if the debtor fails to bring the loan post-petition current within fourteen (14) calendar days after mailing notification to the Debtor and his attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

7. Creditor's post-petition bankruptcy fees and costs of $1031.00 for the Motion and filing are allowed and may be added to the indebtedness secured by the subject mortgage. These fees and costs will remain outstanding at this time, per agreement, and are to be paid prior to the end of bankruptcy case;

8. In the event that Codilis & Associates, P.C. should have to send out any Notices of Default, Creditor may include up to $100 per notice, as additional attorney fees, that the Debtor must pay in addition to whatever funds are needed to cure the default and that said additional funds must be tendered prior to the expiration of the cure period set forth in the Notice.

9. In the event the instant bankruptcy proceeding is converted to chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

Enter:

/s/ Pamela S. Hollis

Judge Pamela S. Hollis
United States Bankruptcy Judge

Dated: JUL 27 2018

**Prepared by:**

Rachael A. Stokas ARDC#6276349
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-17-18047)

Rev: 201100318_bko